In the Matter of the Application of HOWARD L. BERRY, Respondent, for an Order of Mandamus against PATRICK J. BREARTON, as Commissioner of Public Works of the City of Schenectady, and Others, Appellants.— Order reversed on the law, and proceeding dismissed, without costs, on the ground that petitioner was guilty of laches. Van Kirk, P. J., Rhodes and Crapser, JJ., concur; Hinman and Hill, JJ., dissent and vote to affirm.

In the Matter of the Application of JOHN BUCKLEY, Respondent, for an Order •of Mandamus against PATRICK J. BREARTON, as Commissioner of Public Works of the City of Schenectady, and Others, Appellants.— Order reversed on the law, and proceeding dismissed, without costs, on the ground that petitioner was guilty of laches. Van Kirk, P. J., Rhodes and Crapser, JJ., concur; Hinman and Hill, JJ., dissent and vote to affirm.

THE COUNTY OF COLUMBIA, Respondent, v. FRANCES SLOMKOSKI, Claimant and Property Owner, Appellant, and Another, Defendant.— Order unanimously affirmed with costs. Present— Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

ORLO E. BEILBY, Respondent, v. WILLIAM MEYER, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

LEONA BENNETT, Respondent, v. ATTILIO NAZZARO and Others, Defendants, Impleaded with FRANK G. WHITE, Appellant.— Judgment and order affirmed, with costs. Opinion by Rhodes, J. (which opinion is not to be published because not of general interest). Van Kirk, P. J., Hill, McNamee and Crapser, JJ., concur. [144 Misc. 450.]